United States District Court
Southern District of Texas
**ENTERED**
July 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA BROWN, | § § § | |
| Plaintiff, | § | |
| v. | § § | C.A. No. 4:16-cv-03236 |
| STANDARD INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

### AGREED ORDER OF DISMISSAL

The parties having advised the Court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED that all claims asserted or assertable herein by Plaintiff are released and DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO ORDERED.

SIGNED this **10th** day of **July**, 2017.



JUDGE PRESIDING

**STIPULATED AND AGREED TO:**

By: /s/ William C. Herren
    William C. Herren
    Texas Bar No. 09529500
    bill@herrenlaw.com

6363 Woodway, Suite 825
Houston, Texas 77057
Telephone: (713) 682-8194
Facsimile: (713) 682-8197

ATTORNEY FOR PLAINTIFF
PAMELA BROWN

By: /s/ Ryan K. McComber
    Ryan K. McComber
    Texas Bar No. 24041428
    S.D. ID # No. 621887
    ryan.mccomber@figdav.com
    Daniel M. Branum
    Of Counsel
    State Bar No. 24064496
    S.D. ID # 1467028
    dan.branum@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street
Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT
STANDARD INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all other will be served via certified mail, return receipt requested on the 7th day of July, 2017.

    /s/ *Ryan K. McComber*
    Ryan K. McComber